# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEE IRWIN<br>Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security<br>Defendant. | CASE NO. 08cv0460 JM (LSP)<br>ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE |

Plaintiff Karen Lee Irwin brings this action for review of a decision of the Commissioner of Social Security denying her disability benefits. All matters arising in this social security appeal are hereby referred to United States Magistrate Judge Leo Papas a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c). When the parties seek to file motion for summary judgment in this case, the parties shall contact the chambers of Magistrate Judge Papas to secure scheduling, filing and/or hearing dates. Both parties are advised that all motions for summary judgment must be filed and served no later than 90 days from the filing date of the answer. Failure to do so may result in dismissal of this action or entry of default.

**IT IS SO ORDERED.**

DATED: March 17, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties
Magistrate Judge Papas