UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEE IRWIN,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Civil No. 08CV460-JM(LSP)<br><br>ORDER SCHEDULING PRETRIAL MOTIONS CUT-OFF DATE |

Pursuant to Rule 16.1(e)(3) of the Local Rules, Early Neutral Evaluation and Case Management Conferences are not required in Social Security Cases. Accordingly,

IT IS HEREBY ORDERED that all pretrial motions in this case must be filed so that they may be heard on or before <u>September 12, 2008</u>. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **<u>Be further advised the period of time between the date of request for a motion date and the hearing date may be up to two months.</u>** **<u>Please plan accordingly</u>**. For example, you may have to contact the judge’s law clerk two months in advance of the motion cut-off to calendar the motion. Failure to

timely request a motion date may result in the motion not being heard. Motions will not be heard on the above date unless you have obtained that date from the judge's law clerk.

IT IS SO ORDERED.

DATED: May 21, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge