UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEE IRWIN<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE<br>COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION<br><br>Defendant. | CIVIL NO. 08CV 0460 JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS (DOC. # 9) |

Pursuant to the parties joint motion to extend time, the Court orders that;

1. Plaintiff, Karen Lee Irwin, will file her motion for summary judgment on or before September 12, 2008.

2. Defendant, Commissioner of Social Security will file his cross motion for summary judgment or other disposition on the merits without trial on or before October 17, 2008.

Any opposition to the cross motion and any reply to that opposition shall be filed pursuant to Civil Local Rule 7.1 e 7.

Plaintiff's counsel will contact the Judge's clerk on the day she files her motion, and

\\

\\

\\

obtain a motion hearing date.

IT IS SO ORDERED.

DATED: August 25, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge